UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
Gainesville      DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Roderick S. Hines Jr.
Inmate # J23998      .
  (Enter full name of Plaintiff)

LEGAL MAIL PROVIDER
FSP W

APR 15 2015

FOR MAILING
INMATES INITIALS

vs.

CASE NO: 1-15-cv-72-WS-GRJ
    (To be assigned by Clerk)

Det. M.L Jones #5127,
Det. D.L Crews #7443,
Det. E.L Hill #46702,
Sheriff, John Rutherford
City of Jacksonville,(Fl)    .
(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.   PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:   Roderick S. Hines Jr

Inmate Number   J23998

Prison or Jail:   Florida   State   Prison (west)

Mailing address:   Florida State Prison

7819 N.W 228th Ave

Raiford, Fl 32026

## II.   DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>**every**</u> Defendant:

(1)   Defendant's name:   M.L Jones # 5127

Official position:   Detective

Employed at:   Jacksonville Sheriff Office

Mailing address:   500 East Adam St.

Jacksonville, Fl 32202

(2)   Defendant's name:   D.L Crews # 7443

Official position:   Detective

Employed at:   Jacksonville Sheriff Office

Mailing address:   500 East Adam St.

Jacksonville Fl 32202

(3)   Defendant's name:   E.L Hill # 46702

Official position:   Supervisor Det.

Employed at:   Jacksonville Sheriff Office

Mailing address:   500 East Adam St

Jacksonville, Fl 32202

<u>**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**</u>

2

Continuation of Defendant(s)

4. Defendants name   - John Rutherford
   official position   - Chief of Police (sheriff)
   Employed at   - Jacksonville Sheriff's Office
   Mailing address   - 500 East Adam Str. Jacksonville, Fl

5. Defendants name   - Alvin Brown
   official position   - Mayor
   Employed at   - Consolidated City of Jacksonville, Fl
   Mailing address   - City Hall

III.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.    **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.    Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
   Yes( )                           No(✓)

   1.    Parties to previous action:
         (a)    Plaintiff(s): __N\A__
         (b)    Defendant(s): __N\A__
   2.    Name of judge: __N\A__          Case #: __N\A__
   3.    County and judicial circuit: __N\A__
   4.    Approximate filing date: __N\A__
   5.    If not still pending, date of dismissal: __N\A__
   6.    Reason for dismissal: __N\A__
   7.    Facts and claims of case: __N\A__

         _____

         **(Attach additional pages as necessary to list state court cases.)**

B.    Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

   Yes( )                           No(✓)

   1.    Parties to previous action:
         a.    Plaintiff(s): __N/A__
         b.    Defendant(s): __N/A__
   2:    District and judicial division: __N/A__
   3.    Name of judge: __N/A__          Case #: __N/A__
   4.    Approximate filing date: __N/A__
   5.    If not still pending, date of dismissal: __N/A__
   6.    Reason for dismissal: __N/A__

3

7.    Facts and claims of case: __N/A_____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.    Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either** state or **federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )                    No( ✓ )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.    Parties to previous action:
      a.    Plaintiff(s): __N/A_____
      b.    Defendant(s): __N/A_____
2.    District and judicial division: __N/A_____
3.    Name of judge: __N/A_____    Case #: __N/A_____
4.    Approximate filing date: __N/A_____
5.    If not still pending, date of dismissal: __N/A_____
6.    Reason for dismissal: __N/A_____
7.    Facts and claims of case: __N/A_____

_____

**(Attach additional pages as necessary to list cases.)**

D.    Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes( )                    No( ✓ )

1.    Parties to previous action:
      a.    Plaintiff(s): _____N/A_____
      b.    Defendant(s): ___N/A_____
2.    District and judicial division: __N/A_____
3.    Name of judge: __N/A_____    Case Docket # __N/A_____
4.    Approximate filing date: __N/A_____    Dismissal date: __N/A_____
5.    Reason for dismissal: __N/A_____

4

6. Facts and claims of case: __N/A__ _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

On July 13th 2014, (I) Roderick S. Hines Jr (7·29·83) was arrested for resisting w/o violence, trespass & petit theft. Upon my arrest I gave the police an alias name "Tharin Harvey", because I Roderick s Hines Jr, had (4) active warrants for my arrest. These are the case #'s 16-2014·cf·044983, 16-2012-cf·008440, 16-2012·cf-022037. I was taken into custody by J·S·O and was booked under the alias name "Tharin Harvey" o·c# 2014·018·741. On Sept 26, 2014, I Roderick S. Hines Jr (a.k.a) Tharin Harvey was taken to the Police Memorial Building (500 East Adam Str. Jacksonville, Fl), by Det M·L Jones # 5127, to be questioned about a Sexual Battery & Robbery case from 2008. After Det. M·L Jones explained what was going on, I immediately "CONFESSED" to Det M L Jones that my name was "not" Tharin Harvey (suspect) and that my name is Roderick S. Hines Jr. Det M·L Jones apoligized for my time and offered me a soda to drink in which I did, then later realizing that Det M L Jones had tricked me into giving up my D.N.A. Det M·L Jones manually inserted my D.N.A into the victims sexual assault kit making me Roderick S. Hines Jr the (new)

5

suspect, when "Tharin Harvey" is the original suspect. This ultimately places me at the scene of the crime which happened on May 16th 2008. I, Roderick S. Hines Jr was incarcerated on May 16th 2008. I, Roderick S. Hines Jr got arrested on May 9th 2008 for possession of cannibis and was sentenced to 10 days duval county Jail. See case # 2008-MM-012828. While incarcerated on Oct 13, 2014, I Roderick S. Hines Jr (a.k.a) Tharin Harvey (suspect) and D.C# 2014-018-741, was arrested for Sexual Battery and Robbery. I refused to be booked or finger printed for the charges because they were charging (me) Roderick S. Hines Jr, with the crime and not Tharin Harvey (suspect). Also, I Roderick S. Hines Jr was in J.S.O custody on the day of the Sexual Battery & Robbery, case 5/16/08. See case # 16-2008-MM-012-828. I was threatened with violence from the on duty staff and Sgt. so I proceeded with the booking process.      On Dec 9th 2014, the state dropped all the charges, but the problem is that the Sexual Battery & Robbery charges are on my record. Filed under Roderick S. Hines Jr. was innocent and now victim to these charges that I "Did NOT" and "Could NOT" commit because I Roderick S. Hines Jr was in jail, in J.S.O custody on the day of the crime 5/16/08. Det M.L Jones #5127 Det D.L Crews #7443 and Det E.L Hill #46707 are all responsible for these unlawful conduct in framing me Roderick S. Hines Jr, with these crimes not knowing, that I was incarcerated on the day of the Sexual Battery & Robbery case. 5/16/08

6

V. Complaint : Against Det. M.L Jones #5127

On Sept 26th 2014, I Roderick S. Hines Jr (a.k.a) Tharin Harvey and (D.C# 2014.018.741) was being questioned by Det M.L Jones about a robbery and sexual battery case from 2008. By the end of the interview, Det. M.L Jones was fully aware that my name was "not" Tharin Harvey (suspect) and Det M.L Jones was also fully aware that my is Roderick S. Hines Jr. I made sure that Det M.L Jones was fully aware of all this because I "CONFESSED" to her that my name was "not" Tharin Harvey (suspect) and that my name is Roderick S. Hines Jr. Det M.L Jones ignored and neglected my confession and proceeded to arrest (me) Roderick S. Hines Jr. for sexual Battery and robbery, knowing Tharin Harvey was the prime suspect.

Also, Det M.L Jones illegally obtained my D.N.A from a soda can when she offered me a drink, depriving me of my right to give consent for D.N.A. Det. M.L Jones manually inserted my D.N.A into the Victims sexual assault Kit. C.O.D.I.S matched my D.N.A with the victims D.N.A, which places me at the scene of the crime and making me the "new" Suspect. How else could my D.N.A end up in the victims sexual assault kit when I, Roderick S. Hines Jr got arrested on May 9th 2008 for possession of Cannabis and sentenced to 10 days? See case# 16.2008: MM: 012828.

V. Complaint: C.O.D.I.S (D.N.A System)

The 2nd paragraph in the police report Case# 16·2014·CF·0096667, States that on Oct 12, 2010 C.O.D.I.S found a match from the Victim's sexual assault kit. A laboratory report generated by F.D.L.E, Stated that C.O.D.I.S matched the D.N.A sample taken by the Victim, came up with a match to Roderick S. Hines Jr, D.O.B 7·29·82.

The paragraph above ↑ which is in the police report is a Complete LIE because how can C.O.D.I.S match my DNA with the DNA taken from the Victims Sexual assault kit when in fact I, Roderick S. Hines Jr D.O.B 7·29-82 was incarcerated, in J.S.O custody on the day of Sexual Battery & Robbery case 5/16/08.? I, Roderick S. Hines Jr, got arrested on May 9th 2008 for possession of marijuana or Cannabis and was sentenced to 10 days Duval County Jail. See Case# 16·2008·MM·012828

IF in fact C.O.D.I.S did find a match between my DNA and the victims DNA, then this sophisticated D.N.A matching system has made a crucial error in case# 2014·CF·0096667, and has proven to be "in·accurate" with potential of jeopardizing innocent peoples lives in the court of law. IF C.O.D.I.S found a match between my DNA and the victims DNA, then C.O.D.I.S is generating false information which will result in another civil claim, against C.O.D.I.S

V. Complaint : Against D.L Crews #7443

My complaint with D.L Crews is that he is responsible for falsifying official Police documents which to my knowledge is "perjury".

95% of the police report is a LIE. The only things that are true is the Victim's statement where she denies knowing a Roderick S. Hines Jr, and where she denies having consensual sexual relations with a Roderick S. Hines Jr. My statement is also true where I deny knowing the Victim by name or photo and I also deny having sex with the Victim. ▮▮▮▮▮▮▮▮. Everything else in the police report is false information that guaranteed to take my life away and everything I love and planned to obtain in life.

There is no way possible that I could have been the "suspect" in the Sexual Battery & Robbery Case when in fact I Roderick S. Hines Jr was in jail on May 16th 2008, the day of the Sexual Battery & Robbery Case. I Roderick S. Hines Jr got arrested on May 9th 2008 for possession of Cannibus and sentenced to 10 days County Jail. See case# 16. 2008-012828

V. Complaint: Against Det. E.L Hill #46702

Det. E.L Hill is the Supervisor of
Det M.L Jones #5127 and Det. D.L Crews #7443.
Det E.L Hill's responsibility is to govern the
conduct of the detectives, and to protect &
Serve, and uphold the law.
Det. EL Hill has failed to do all of the above.
Det. E.L Hill is also responsible for
authorizing Det D.L Crews and Det. M.L Jones
to arrest (me) Roderick S. Hines Jr. an
Innocent man for sexual Battery and
Strong Arm Robbery, not knowing that
I Roderick S. Hines Jr. was already
In Jail on May 16th 2008 the day of the
Sexual Battery & Robbery incident.
See case # 16-2008-012828

Furthermore, Det. E.L Hill has failed
to protect me from unlawful conduct
and shall take responsibility for any
consequences in the name of justice.

V. Complaint: Against John Rutherford

John Rutherford
Is the Sheriff of Duval County, Fl.
By the authority that is bestowed
upon him by the State of Florida,
through the city of Jacksonville
makes John Rutherford responsible
for the entire Police Department's
Conduct in which all are sworn by law
to protect and serve.

Det. M.L Jones # 5127 and Det D.L Crews # 7443
along with Det. E.L Hill # 46702
have all neglected and failed
to protect me from being denied
equal protection of the law
because of there un lawful conduct
in case # 16·2014·CF·0096667.

Futhermore, John Rutherford
The Sheriff of Duval County,
Is responsible for the listed detectives above
mis conduct in case # 16·2014·CF·0096667,
and ultimately John Rutherford
must be held accountable
In the name of "Justice".

V. Complaint: Mayor - Alvin Brown

Alvin Brown,
Is the Mayor of Jacksonville, Fl.
By the authority that is bestowed
upon him by the State of Florida,
through the City of Jacksonville,
Makes Alvin Brown the head of the
City of Jacksonville and the Sheriffs
office of Jacksonville.

Alvin Brown's responsibility is to make sure
that the Jacksonville Sheriffs office is
functioning under the sworn code
of conduct which is to protect & serve.

If John Rutherford, is not aware of or
has not confronted any un·lawful
conduct within the police department
such as in case # 2014·Cf·0091667,
Then Alvin Brown is ultimately responsible
for John Rutherford's negligence and
un·awareness of all un-lawful conduct
within the Jacksonville Sheriffs office.

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident** or issue, they must be addressed **in a separate civil rights complaint.**

1.) 14th amendment. Failure to protect from being denied equal protection of the law.

2) Perjury

3) Tampering with evidence.

4) Defamation of character

5) Cruel and unusual punishment

6) False imprisonment

## VII.    RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

Liability damages. 10 million dollars

Punitive damages. 10 million dollars

Damages for false imprisonment. ~~xxxxx~~ 10 million dollars

Damages for depriving me of equal protect of the law. 10 million Dollars

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

4-14-15

(Date)

Roderick S. Hines Jr

(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 14th day of April, 20 15.

Roderick S. Hines Jr

(Signature of Plaintiff)

Revised 03/07

7

Continuation of Relief Requested

VII.

Damages for Failure to protect from
falsifying documents. 10 million dollars

Damages for failure to protect from
Tampering with evidence. 10 million dollars

Damages for Failure to protect from
cruel and unusual punishment. 10 million dollars

Damages for failure to protect from
defamation of character. 10 million dollars

1-15-cv-72-WS-6RJ

My name is Roderick S. Hines Jr.
This is my 1st time ever making
a civil claim so please bare with my
circumstances concerning the instructions
for prisoners filing a civil claim.
I read something in the instructions
that said not to provide case citations.
I am not fully aware of what case
citations are, but in my claim I listed
some case numbers that are neccessary
and vital to my claim. PLEASE try
to understand that I didn't know how
to state my claim without providing
the case numbers, I apoligize.
I am confident that I followed every
other instruction thoroughly and to
the best of my ability.

I pray that the defendant's un-lawful
and un-constitutional conduct will be
Clearly identified and Justice
will be served.

Please notify me A.S.A.P to let me
know the status of my case
after it has been reviewed.

Thanks Sincerely
Roderick S Hines Jr.

Rec'd0420*15UsDcFin1PM0242

Frederick Hinds Jr    J33998
F.S.P West Unit
7819 NW 228th Ave
Raiford, FL 32026

United States District Court
401 S.E 1st Ave., Suite 243
Gainesville, FL 32601

Mailed from a State
Correctional Institution





LEGAL MAIL PROVIDED TO
FSP WEST UNIT
ON
APR 15 2015
FOR MAILING
INMATES INITIALS